**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

JOSEPH HERO,

    Plaintiff,

    v.

LAKE COUNTY ELECTION BOARD,

    Defendant.

CAUSE NO.: 2:19-CV-319-TLS-JPK

**OPINION AND ORDER**

This matter is before the Court sua sponte. Having reviewed the Plaintiff's Complaint, the Court takes judicial notice that the Plaintiff's Complaint is titled "Complaint for Declaratory and Injunctive Relief" and, in the "Request for Relief," asks the Court to "[i]ssue a preliminary injunction." [ECF No. 1].

However, Northern District of Indiana Local Rule 65-1 requires that a plaintiff file a separate motion to seek a preliminary injunction:

> **(a) Preliminary Injunctions.** The court will consider requests for preliminary injunctions only if the moving party files a separate motion for relief.

N.D. Ind. L.R. 65-1. The Plaintiff has not filed a separate motion requesting a preliminary injunction.

Accordingly, the Court DENIES without prejudice the request in the Plaintiff's Complaint for a preliminary injunction. The Court GRANTS the Plaintiff leave to refile the request for a preliminary injunction in compliance with Northern District of Indiana Local Rule 65-1 on or before November 4, 2019.

SO ORDERED on October 4, 2019.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT