UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

JOSEPH HERO,

    Plaintiff,

v.        CAUSE NO. 2:19-CV-319 DRL

LAKE COUNTY BOARD OF ELECTIONS
AND REGISTRATION,

    Defendant.

## ORDER

The Lake County Board of Elections and Registration filed an unopposed motion for belated acceptance of designation of evidence filed in support of their motion for summary judgment. Good cause and excusable neglect for belated acceptance exist because delay occurred from e-filing difficulties and the filings are time-stamped within the deadline, though they were processed online on February 11, 2021, a mere seven minutes after the deadline. *See* Fed. R. Civ. P. 6(b)(1)(B). The court accordingly GRANTS the Election Board's motion (ECF 34) and CLARIFIES that Joseph Hero's new response deadline runs 28 days from February 11, 2021. *See* N.D. Ind. L.R. 56-1(b)(1).

SO ORDERED.

February 12, 2021                            *s/ Damon R. Leichty*
                                            Judge, United States District Court