# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF CASE OPENING

October 1, 2021

| | |
|---|---|
| No. 21-2793 | JOSEPH HERO,<br>        Plaintiff - Appellant<br><br>v.<br><br>LAKE COUNTY ELECTION BOARD,<br>        Defendant - Appellee |

**Originating Case Information:**

District Court No. 2:19-cv-00319-DRL
Northern District of Indiana, Hammond Division
District Judge Damon R. Leichty
Clerk/Agency Rep Gary T. Bell

Case filed: 10/01/2021
Case type: cv/pri
Fee status: Paid
Date of Judgment: 09/21/2021
Date NOA filed: 09/30/2021

The above-captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit.

**Deadlines:**

| Appeal No. | Filer | Document | Due Date |
|---|---|---|---|
| 21-2793 | Joseph Hero | Transcript information sheet | 10/15/2021 |
| 21-2793 | Joseph Hero | Appellant's brief | 11/10/2021 |

**THIS NOTICE SHALL NOT ACT AS A SUBSTITUTE FOR MOTIONS FOR NON-INVOLVEMENT / SUBSTITUTION OF COUNSEL. COUNSEL ARE STILL REQUIRED TO FILE THE APPROPRIATE MOTIONS.**

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability. The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir.R. 34(e).

form name: **c7_Docket_Notice**     (form ID: **108**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

October 1, 2021

**To:** Gary T. Bell
      Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 21-2793
>
> Caption:
> JOSEPH HERO,
>               Plaintiff - Appellant
>
> v.
>
> LAKE COUNTY ELECTION BOARD,
>               Defendant - Appellee
>
> District Court No: 2:19-cv-00319-DRL
> District Judge Damon R. Leichty
> Clerk/Agency Rep Gary T. Bell
>
> Date NOA filed in District Court: 09/30/2021

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**      (form ID: **188**)